971 So.2d 900 (2007)
The CLIFTON CORPORATION, Appellant,
v.
TOTALBANK, Appellee.
No. 3D06-2217.
District Court of Appeal of Florida, Third District.
December 5, 2007.
Lee H. Schillinger, Hollywood, and Andrew C. Hall, Miami, for appellant.
*901 Berger Singerman and Charles H. Lichtman, Fort Lauderdale, for appellee.
Before COPE, GREEN, and SALTER, JJ.
PER CURIAM.
Affirmed. Smith v. Orhama, Inc., 907 So.2d 594, 596 (Fla. 3d DCA 2005); Republic Servs. of Fla., L.P. v. Poucher, 851 So.2d 866, 869 (Fla. 1st DCA 2003); Estate of Basile v. Famest, Inc., 718 So.2d 892, 892-93 (Fla. 4th DCA 1998); Tollius v. Dutch Inns of Am., Inc., 244 So.2d 467, 471-72 (Fla. 3d DCA 1970).